UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 98-207 |
| CLIFFORD BAPTISTE | SECTION "N" (5) |

## ORDER AND REASONS

Presently before the Court is the "Motion to Reopen and Reurge Motion for Post-Conviction Relief under 28 U.S.C. § 2255" (Rec. Doc. 1267), which is brought by Clifford Baptiste under Rule 60(b) of the Federal Rules of Civil Procedure. Having carefully considered the parties' submissions, including the recently-filed "Motion to Supplement Authority" (Rec. Doc. 137), **IT IS ORDERED** that Mr. Baptiste's Motion is **DENIED** as a successive § 2255 motion, because it attacks the resolution of a claim previously raised by Baptiste and addressed by this Court in its prior Order and Reasons denying Baptiste's first § 2255 motion. (*See* Rec. Doc. 1030 at p. 10). As such, the Court is without jurisdiction to entertain the instant motion. *See United States v. Hernandes*, 708 F.3d 680, 681 (5th Cir. 2013).

Furthermore, to the extent that Baptiste raises a procedural, not substantive, argument, the Motion is untimely under Rule 60(b)(1). *See United States v. Fernandez*, 797 F.3d 315, 319 (5th Cir. 2015) ("[I]f a motion was of a type that must be brought within a year, and that year passed without filing, the movant cannot resort to Rule 60(b)(6); rather, it finds [] itself without Rule 60(b) remedy altogether.").

New Orleans, Louisiana, this 26th day of June 2017.

_____
**KURT D. ENGELHARDT**
**United States District Judge**